IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DENNIS L. KINZER,)
)
       Plaintiff,)
) Civil No. 06-962-TC
v.)
) ORDER
MICHAEL J. ASTRUE, Commissioner)
Social Security Administration,)
)
       Defendant.)
)

    Magistrate Judge Thomas M. Coffin filed Findings and Recommendation on June 21, 2007, in the above entitled case. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. See 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

1   - ORDER

Plaintiff has timely filed objections. I have, therefore, given de novo review of Magistrate Judge Coffin's rulings.

I find no error. Accordingly, I ADOPT Magistrate Judge Coffin's Findings and Recommendation filed June 21, 2007, in its entirety. The Commissioner's final decision is affirmed.

IT IS SO ORDERED.

DATED this 13th day of August, 2007.

_____
Michael R. Hogan
UNITED STATES DISTRICT JUDGE

2   - ORDER